IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY HANAFI,<br>on behalf of Plaintiff and the class members described below,<br><br>        Plaintiff,<br><br>vs.<br><br>UETSA TSAKITS, INC.,<br>doing business as MaxLend;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING;<br>CANE BAY PARTNERS VI, LLLP;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>STRATEGIC LINK CONSULTING, LP;<br>ESOTERIC VENTURES, LLC;<br>INFOTEL INTERNATIONAL LTD.;<br>M. MARK HIGH, LTD.;<br>KIM ANDERSON;<br>JAY CLARK;<br>and DOES 1-20,<br><br>        Defendants. | The Court acknowledges the Notice of Dismissal as to defendant Kim Anderson Only. Dkt. 15. JPH, 11/24/2023 Distribution via ECF.<br><br>Case No.: 1:23-cv-01765-JPH-MJD<br><br>Judge James Patrick Hanlon<br>Magistrate Judge Mark J. Dinsmore |

**NOTICE OF DISMISSAL AS TO DEFENDANT KIM ANDERSON ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mary Hanafi ("Plaintiff") voluntarily dismisses without prejudice Defendant Kim Anderson from this action. Plaintiff does not dismiss any of the other defendants.

                                                      Respectfully submitted,

                                                      */s/ Matthew J. Goldstein*
                                                      Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**