# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY HANAFI, ) <br> on behalf of Plaintiff and the class members ) <br> described below, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br>  ) <br>  ) <br> UETSA TSAKITS, INC., ) <br> doing business as MaxLend; ) <br> DAVID JOHNSON; ) <br> KIRK MICHAEL CHEWNING; ) <br> CANE BAY PARTNERS VI, LLLP; ) <br> DIMENSION CREDIT (CAYMAN), L.P.; ) <br> STRATEGIC LINK CONSULTING, LP; ) <br> ESOTERIC VENTURES, LLC; ) <br> INFOTEL INTERNATIONAL LTD.; ) <br> M. MARK HIGH, LTD.; ) <br> KIM ANDERSON; ) <br> JAY CLARK; ) <br> and DOES 1-20, ) <br>  ) <br> Defendants. ) | Case No.: 1:23-cv-01765-JPH-MJD <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Mark J. Dinsmore |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mary Hanafi ("Plaintiff") dismisses her individual claims against Defendants Uetsa Tsakits, Inc., David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., and Jay Clark with prejudice, with each party to bear their own costs and fees. As Plaintiff has already dismissed Kim Anderson from this action (ECF 15), this notice is intended to dispose of the case in its entirety.

Respectfully submitted,

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      I, Matthew J. Goldstein, certify that on Thursday, December 14, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                                 */s/Matthew J. Goldstein*
                                                  Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com