IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY HANAFI,<br>on behalf of Plaintiff and the class members described below,<br><br>  Plaintiff,<br><br>vs.<br><br>UETSA TSAKITS, INC.,<br>doing business as MaxLend;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING;<br>CANE BAY PARTNERS VI, LLLP;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>STRATEGIC LINK CONSULTING, LP;<br>ESOTERIC VENTURES, LLC;<br>INFOTEL INTERNATIONAL LTD.;<br>M. MARK HIGH, LTD.;<br>KIM ANDERSON;<br>JAY CLARK;<br>and DOES 1-20,<br><br>  Defendants. | Case No.: 1:23-cv-01765-JPH-MJD<br><br>Judge James Patrick Hanlon<br>Magistrate Judge Mark J. Dinsmore |

> The court acknowledges the Notice of Dismissal, Dkt. [17]. The Clerk is DIRECTED to close this case on the docket.
> JPH 12/15/2023
> Distribution via ECF.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mary Hanafi ("Plaintiff") dismisses her individual claims against Defendants Uetsa Tsakits, Inc., David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., and Jay Clark with prejudice, with each party to bear their own costs and fees. As Plaintiff has already dismissed Kim Anderson from this action (ECF 15), this notice is intended to dispose of the case in its entirety.

1